APRIL 24, 1995

No. 93–313.  BDO SEIDMAN ET AL. v. SIMMONS ET AL.; and
No. 93–611.  CONTINENTAL INSURANCE CO. v. SIMMONS ET AL. C. A. 5th Cir.  Certiorari granted, judgment vacated, and cases

remanded for further consideration in light of *Plaut* v. *Spend-thrift Farm, Inc., ante,* p. 211.